**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DENNIS J. DONOGHUE,

Plaintiff,

v.

DATAVAULT AI INC.,

Nominal Defendant,

and

NATHANIEL T. BRADLEY,

Defendant.

Case No. 1:26-cv-05442-AS

Hon. Arun Subramanian

**NOTICE OF APPEARANCE**

The undersigned respectfully enters her appearance as counsel of record in the above-captioned action for Defendants Datavault AI Inc. and Nathaniel T. Bradley (collectively, "Defendants") and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendants.

Dated: August 21, 2026

Respectfully submitted,

**PAUL HASTINGS LLP**
*/s/ Elizabeth A. Parvis*
Elizabeth A. Parvis
200 Park Avenue
New York, New York 10166
Tel: (212) 318-6000
elizabethparvis@paulhastings.com

*Counsel for Defendants Datavault AI Inc. and Nathaniel T. Bradley*